1  MARLENE S. MURACO, Bar No. 154240
   e-mail: mmuraco@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor          **E-Filed 5/13/09**
   San Jose, CA  95113.2303
4  Telephone:    408.998.4150
   Facsimile:    408.288.5686
5
   Attorneys for Defendant
6  FOUNDERS MANAGEMENT II CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | NORBERTO MIRANDA,                  | Case No.  08-05753 JF HRL
                                         ORDER APPROVING
12 |             Plaintiff,              | **JOINT STIPULATION AND REQUEST
                                         THAT THE COURT CONTINUE CASE
13 |      v.                             | MANAGEMENT CONFERENCE**

14 | FOUNDERS MANAGEMENT II             | Date: May 22, 2009
   | CORPORATION dba CROWNE PLAZA       | Time: 10:30 a.m.
15 | FOSTER CITY,                       | Judge: Hon. Jeremy Fogel

16 |             Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND REQUEST TO
CONTINUE CASE MGMT CONFERENCE                    (No. C08-05753-JF-HRL )

The parties are engaged in settlement discussions.  In order to avoid the waste of judicial resources and unnecessary expenditure of time and money pending resolution of those discussions, the parties hereby request the Court continue the Case Management Conference on the Court's docket, which is presently scheduled for 10:30 a.m. on May 22, 2009 before the Honorable Jeremy Fogel.  Specifically, the parties request that the Court continue the CMC until **June 26, 2009**, or as soon thereafter as allowed by the Court's calendar.

Dated:   May 8, 2009

/s/ *Marlene S. Muraco*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
FOUNDERS MANAGEMENT II CORPORATION

Dated:   May 8, 2009

/s/ *Jacob Sider*
JACOB SIDER, ESQ.
LAW OFFICES OF JAMES DAL BON
A Professional Corporation
Attorneys for Plaintiff
NORBERTO MIRANDA

Firmwide:89972719.1 061881.1001

IT IS SO ORDERED.

Dated: 5/12/09

_____
JEREMY FOGEL
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND REQUEST TO
CONTINUE CASE MGMT CONFERENCE

1

(No. C08-05753-JF-HRL )