\*\*E-Filed 6/26/09\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORBERTO MIRANDA, | Case Number C 08-5753 JF (HRL) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| FOUNDERS MANAGEMENT II CORPORATION, | |
| Defendant. | |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings set in this matter are VACATED.

Dated: June 26, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-5753 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)

1  Copies of Order served on:

2

3  Jacob William Sider    jacobsider@gmail.com

4  James Dal Bon    jdblaw@earthlink.net

5

6  Marlene S. Muraco    mmuraco@littler.com, aignaitis@littler.com

7  Tomas Eduardo Margain    margainlaw@hotmail.com, ac.jdblaw@earthlink.net

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 08-5753 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)